UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14037-CR-MARTINEZ MAGISTRATE JUDGE LYNCH

18 U.S.C. 1001(a)(2)
18 U.S.C. 1512(b)
18 U.S.C. 371

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAHENDRAKUMAR SEWRAZ,
JOHN T. DAVIS, and
HERBERT MCKINNEY, JR.,

Defendants.
_____/



FILED by _____ D.C.
JUL 2 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

## INFORMATION

### Count One

The United States Attorney charges that:

On or about July 4, 2006, in Indian River County, in the Southern District of Florida, the defendants,

MAHENDRAKUMAR SEWRAZ,
JOHN T. DAVIS, and
HERBERT MCKINNEY, JR.,

did knowingly and intentionally make false, fraudulent and fictitious material statements or representations that John T. Davis witnessed the events surrounding a December 4, 2005, arson incident which occurred at the Key West Inn in Sebastian, Florida, in violation of Title 18, United States Code, Section 1001(a)(2).

## Count Two

On or about July 4, 2006, in Indian River County, in the Southern District of Florida, the defendants,

MAHENDRAKUMAR SEWRAZ,
JOHN T. DAVIS, and
HERBERT MCKINNEY, JR.,

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to commit obstruction of justice, by knowingly and corruptly persuading a person to engage in misleading conduct with intent to influence testimony in an official proceeding, in violation of Title 18, United States Code, Section 1512(b) and Title 18, United States Code, Section 371.

## Count Three

### CRIMINAL FORFEITURE

Upon conviction of the violations alleged in Count Two of this Information, the defendants, Mahendrakumar Sewraz, John T. Davis and Herbert McKinney, Jr., shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation including, but not limited to, the following:

a. $9,000.00 in United States currency.

b. $2,000.00 in United States currency.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants, Mahendrakumar Sewraz, John T. Davis and Herbert McKinney, Jr.,

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with a third person;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require said defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 28 United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21 United States Code, Section 853.

/s/
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


RINKU TALWAR
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MAHENDRAKUMAR SEWRAZ, et al.
Defendant.

CASE NO. **06-14037**
CR-MARTINEZ

CERTIFICATE OF TRIAL ATTORNEY

Superseding Case Information:

New Defendant(s)   Yes ___ No ___   MAGISTRATE JUDGE LYNCH
Number of New Defendants   ___
Total number of counts   ___

Court Division: (Select One)

___ Miami   ___ Key West
___ FTL     ___ WPB   _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the Information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  __No__   List language and/or dialect _____

4. This case will take  _0_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  ___
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _Yes_
   If yes:
   Magistrate Case No.  06-50-FJL
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ___ Yes _X_ No

_____
Rinku Talwar
Assistant United States Attorney
Florida Bar No. 0150990

Penalty Sheet(s) attached                                         REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

CASE NO. 06-14037

Defendant's Name: **MAHENDRAKUMAR SEWRAZ**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Making false statements | 18:1001(a)(2) | 5 years<br>$250,000 fine<br>3 years supervised release |
| 2 | Conspiracy to obstruct justice | 18:1512(b) and 18:371 | 10 years<br>$250,000<br>3 years supervised release |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

CASE NO. **06-14037 CR-MARTINEZ**

MAGISTRATE JUDGE LYNCH

Defendant's Name:   **JOHN T. DAVIS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Making false statements | 18:1001(a)(2) | 5 years<br>$250,000 fine<br>3 years supervised release |
| 2 | Conspiracy to obstruct justice | 18:1512(b) and 18:371 | 10 years<br>$250,000<br>3 years supervised release |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

CASE NO. 06-14037 CR-MARTINEZ

Defendant's Name: **HERBERT MCKINNEY, JR.**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Making false statements | 18:1001(a)(2) | 5 years<br>$250,000 fine<br>3 years supervised release |
| 2 | Conspiracy to obstruct justice | 18:1512(b) and 18:371 | 10 years<br>$250,000<br>3 years supervised release |