UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14037-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HERBERT McKINNEY, JR.

    Defendant.

_____/

FILED by _____ D.C.

OCT - 1 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS AS SET FORTH IN THE PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on October 1, 2012 in respect to the Petition Alleging Violations of Supervised Release, and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit each of the three violations as set forth in the Petition, this Court recommends to the District Court as follows:

1.    The Defendant appeared before this Court on October 1, 2012 for an evidentiary hearing in respect to the Petition Alleging Violations of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On April 8, 2010, in Palm Beach County, Florida, the defendant did commit the offense of possession of cocaine with intent to sell, contrary to Florida Statute 893.13 (1)(a). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about May 6, 2010, in Palm Beach County, Florida the defendant did commit the offense of |

          possession of cocaine with intent to sell, contrary to Florida Statute 893.13 (1)(a)

**Violation Number 3**  **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about May 10, 2010, in Palm Beach County, Florida, the defendant did commit the offense of possession of cocaine, contrary to Florida Statue 893.13 (6)(a).

2. At the outset of the hearing and after consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Numbers 1, 2 and 3 as set forth in the Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The government stated a factual basis concerning the Defendant's admissions to Violation Numbers 1, 2 and 3. Both the government and the Defendant agreed on the record that the facts set forth with each violation would be a sufficient factual basis to support the Defendant's admissions to the violations in the Petition. Further, both the government and the Defendant agreed that the court could incorporate by reference the factual basis set forth in the Memorandum of USPO Peggy Hobcroft-Bales to Honorable Donald L. Graham dated July 15, 2010. A copy of the Memorandum was provided to both the government and the Defendant prior to this hearing. This Court is satisfied that the facts set forth in the Petition and in the incorporated Memorandum do set forth a factual basis to support the Defendant's admissions to all violations in the Petition.

Further, the Defendant understands the possible penalties he is facing in regards to his admissions to Violation Numbers 1, 2 and 3 of the Petition as stated on the record.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 1, 2 and 3 as set forth in the Petition and that a sentencing hearing be set by the District Court for final disposition of this matter.

The parties shall have ten (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _____ day of October, 2012, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Theodore M. Cooperstein
AFPD Panayotta Augustin-Birch
U.S. Probation